



- 1 -

IN THE MATTER OF THE ARBITRATION ACT 1996
AND IN THE MATTER OF LLOYD'S STANDARD FORM OF
SALVAGE AGREEMENT "NO CURE - NO PAY" LOF 2011
DATED 20 AUGUST 2012

B E T W E E N:

SMIT SALVAGE AMERICAS INC.                                              Contractors

- and -

THE OWNERS OF
M/V "VEGA SAGITTARIUS"
AND FREIGHT AT RISK (IF ANY)                                            First Respondents

THE OWNERS OF
PART OF THE CARGO LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"
AND FREIGHT AT RISK (IF ANY)                                            Second Respondents

THE OWNERS OF
PART OF THE CARGO LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"
AND FREIGHT AT RISK (IF ANY)                                            Third Respondents

THE OWNERS OF
PART OF THE CARGO LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"                                                  Fourth Respondents

THE OWNERS OF
THE CONTAINERS LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"                                                  Fifth Respondents

THE OWNERS OF
BUNKERS LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"                                                  Sixth Respondents

_____
SETTLEMENT AGREEMENT
_____

**THIS AGREEMENT** is made the 19th day of March 2013

**B E T W E E N:-**

A.  Holman Fenwick Willan of Friary Court, 65 Crutched Friars, London, EC3N 2AE, United Kingdom for and on behalf of Smit Salvage Americas Inc as Contractors (hereinafter, the "**Contractors**");

B.  Gard (Sweden) AB of Västra Hamngatan 5, SE-41117 Gothenburg, Sweden for and on behalf of the owners of motor vessel "VEGA SAGITTARIUS" and freight at risk (if any) (hereinafter the "**First Respondents**");

C.  Advokatfirmaet Kromann Reumert I/S of Sundkrogsgade 5, DK-2100 Copenhagen, Denmark for and on behalf of the Owners of part of the cargo lately laden onboard "VEGA SAGITTARIUS" and freight at risk (if any) (hereinafter the "**Second Respondents**") ;

D.  If Skadeforsikring, filial af If Skadeförsäkring Ab (publ), Stamholmen 159, 2650 Hvidovre, Denmark for and on behalf of the Owners of part of the cargo lately laden onboard "VEGA SAGITTARIUS" and freight at risk (if any) (hereinafter the "**Third Respondents**");

E.  Thomas Cooper of Ibex House, 42-47 Minories, London EC3N 1HA, United Kingdom for and on behalf of the Owners of part of the cargo lately laden onboard "VEGA SAGITTARIUS" and freight at risk (if any) (hereinafter the "**Fourth Respondents**")

F.  Thomas Cooper of Ibex House, 42-47 Minories, London EC3N 1HA, United Kingdom for and on behalf of the Owners of the containers lately laden onboard "VEGA SAGITTARIUS" and freight at risk (if any) (hereinafter the "**Fifth Respondents**")

G.  Assuranceforeningen SKULD (Gjensidig), Den Danske Afdeling, Sankt Petri Passage 5, 3., DK-1165 Copenhagen K, Denmark for and on behalf of the Owners of the bunkers onboard "VEGA SAGITTARIUS" (hereinafter the "**Sixth Respondents**")

**WHEREAS :-**

A.  The Contractors have rendered salvage services (the "**Salvage**") under the terms of a Lloyd's Standard Form of Salvage Agreement dated 20 August 2012 to the vessel "VEGA SAGITTARIUS", her cargo, bunkers, stores and freight at risk (if any), entitling them to a salvage award;

B.  The salvage of the "VEGA SAGITTARIUS" was completed on 30 August 2012.

C.  The parties hereto wish to resolve and settle all disputes and differences between them relating to the Salvage only upon the terms of this Agreement.

**NOW IT IS HEREBY AGREED THAT:-**

1.  For the purposes of this settlement only, the salved fund shall be as follows:-

| | |
|---|---|
| Ship (First Respondents) | US$ 6,713,410 |
| Cargo (Second Respondents) | US$ 1,614,970 |

| | |
|---|---|
| Cargo (Third Respondents) | US$ 1,716,320 |
| Cargo (Fourth Respondents) | US$ 2,126 |
| Containers (Fifth Respondents) | US$ 1,218,800 |
| Bunkers (Sixth Respondents) | US$ 386,803 |
| Unrepresented Cargo | US$ 128,475 |
| | |
| **Total** | **US$ 11,780,904** |

2. The Respondents (representing 98.91% of the salved fund) shall pay their pro rata share of an all-inclusive settlement of US$5,600,000 to the Contractors (United States Dollars Five Million Six Hundred Thousand only) inclusive of LSSA Clause 9 currency correction, and LSSA Clause 8.1 interest, and costs in respect of their contribution to the Contractors Article 13 salvage remuneration, and all sums due or discounted under the SCOPIC Clause incorporated in the signed LOF 2011. The contributory values are set out in Annex A of this Settlement Agreement.

3. The First Respondents (representing 56.99% of the salved fund) shall pay to the Contractors the amount of US$ 3,191,189 (United States Dollars Three Million One Hundred and Ninety Two Thousand One Hundred and Eighty Nine) being the total amount due from that Respondent under 2 above.

4. The Second Respondents (representing 13.71% of the salved fund) shall pay to the Contractors the amount of US$ 767,669 (United States Dollars Seven Hundred and Sixty Seven Thousand Six Hundred Sixty Nine) being the total amount due from that Respondent under 2 above.

5. The Third Respondents (representing 14.57% of the salved fund) shall pay to the Contractors the amount of US$ 815,845 (United States Dollars Eight Hundred and Fifteen Thousand Eight Hundred Fourty Five) being the total amount due from that Respondent under 2 above.

6. The Fourth Respondents (representing 0.02% of the salved fund) shall pay to the Contractors the amount of US$ 1,011 (United States Dollars One Thousand and Eleven) being the total amount due from that Respondent under 2 above.

7. The Fifth Respondents (representing 10.35% of the salved fund) shall pay to the Contractors the amount of US$ 579,351 (United States Dollars Five Hundred and Seventy Nine Thousand Three Hundred Fifty One) being the total amount due from that Respondent under 2 above.

8. The Sixth Respondents (representing 3.28% of the salved fund) shall pay to the Contractors the amount of US$ 183,865 (United States Dollars One Hundred and Eighty Three Thousand Eight Hundred Sixty Five) being the total amount due from that Respondent under 2 above.

9. Payment of the sums in (3) to (7) above is to be made free of all bank charges within 28 days of the date of this Agreement to the Contractors nominated bank account below:

    Beneficiary:            Trust Account US$ Schlimme & Partner GmbH
    Address of beneficiary: Kattrepelsbrücke 1, 20095 Hamburg, Germany

    Bank:                   UniCredit Bank AG (ex HypoVereinsbank)
    Address of Bank:        Tucherpark, Munich, Germany
    Account No.:            894 829 443
    Bank Code:              700 202 70

    IBAN:                   DE52 7002 0270 0894 8294 43
    BIC/SWIFT:              HYVEDEMMXXX

Reference:          "Vega Sagittarius"

10. In the event that payment of any part of the sum set out in (3) to (7) above is not made as provided in (3) above, interest shall accrue on any sums outstanding at 8.0% per annum from and including the day after the due date for payment until and including the date upon which payment is received and credited for value to the Contractors' nominated bank account.

11. In the event that the Contractors call upon the security lodged with the General Average Adjusters, Schlimme & Partner, or the Council of Lloyds, the Contractors shall be entitled to recover their reasonable legal costs and expenses in enforcing and recovering any sums due in (3) to (7) above from those Cargo Respondents who are in default.

12. On signing this Agreement the Contractors agree to provide a letter of indemnity within 28 days of the date of this Agreement to each of the Respondents in accordance with Clause 17 of the LSSA Clauses in the standard ASG5 wording.

13. This Agreement is subject to and shall be construed in accordance with English law and the parties hereto submit to the exclusive jurisdiction of the Supreme Court of England and Wales (and appeal therefrom) in the event of any dispute arising out of or in connection with this Agreement, including for the avoidance of doubt, such costs as may be incurred on paragraphs (2) and (4) above. Each party will within 14 days of being called upon to do so instruct Solicitors to accept service of proceedings issued by the other party.

14. Each Party warrants that the representatives signing this Agreement on its behalf are irrevocably authorised to do so.

Dated: 19 March 2013


Signed……………………………………
Holman Fenwick Willan LLP
For and on behalf of the Contractors


Signed……………………………………
Gard (Sweden) AB
For and on behalf of the First Respondents


Signed……………………………………
Advokatfirmaet Kromann Reumert I/S
For and on behalf of the Second Respondents


Signed……………………………………
IF P&C Insurance Company Ltd
For and on behalf of the Third Respondents

- 4 -

- 5 -

Signed... *Thomas Cooper*

Thomas Cooper

For and on behalf of the Fourth Respondents

Signed... *[signature]*

Thomas Cooper

For and on behalf of the Fifth Respondents

Signed...........................................

Assuranceforeningen SKULD (Gjensidig)

For and on behalf of the Sixth Respondents

- 9 -

IN THE MATTER OF THE ARBITRATION ACT 1996
AND IN THE MATTER OF LLOYD'S STANDARD
FORM OF SALVAGE AGREEMENT "NO CURE - NO
PAY" LOF 2011 DATED 20 AUGUST 2012

B E T W E E N:

SMIT SALVAGE AMERICAS INC.

Contractors

- and -

THE OWNERS OF
M/V "VEGA SAGITTARIUS"
HER STORES AND FREIGHT AT RISK (IF ANY)

First Respondents

THE OWNERS OF
PART OF THE CARGO LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"
AND FREIGHT AT RISK (IF ANY)

Second Respondents

THE OWNERS OF
PART OF THE CARGO LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"
AND FREIGHT AT RISK (IF ANY)

Third Respondents

THE OWNERS OF
THE CONTAINERS AND PART OF THE CARGO
LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"

Fourth Respondents

THE OWNERS OF
THE CONTAINERS AND PART OF THE CARGO
LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"

Fifth Respondents

THE OWNERS OF
BUNKERS LATELY LADEN ONBOARD
M/V "VEGA SAGITTARIUS"

Sixth Respondents

SETTLEMENT AGREEMENT



holman fenwick willan hfw

Friary Court
65 Crutched Friars
London EC3N 2AE
England

**ANNEX A TO SETTLEMENT AGREEMENT DATED 19TH MARCH 2013**

[SCHEDULE SPECIFYING ALL INTERESTS AND SALVED VALUES PER RESPONDENT AS COMMUNICATED WITH SCHLIMME & PARTNERS WILL FORM PART OF THIS AGREEMENT]