UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 13-CV-62524-WPD

1ST MARINE A/S, IF SKADESFORSIKRING,
CATHEDRAL UNDERWRITING LTD., and all
Subscribing Underwriters, as subrogees of certain
cargo interests aboard the container ship VEGA
SAGITTARIUS and ROYAL ARCTIC LINES,

       Plaintiffs,
vs.

MS VEGA SAGITTARIUS SHIPPING COMPANY
LIMITED, MS VEGA SAGITTARIUS
SCHIFFFAHRTSGESELLSCHAFT MBH & CO KG
and VEGA REEDEREI GMBH & COMPANY KG,

       Defendants.
_____/

## NOTICE OF AGREEMENT TO FOREGO ATTACHMENT

    COME NOW the Plaintiffs, by and through undersigned counsel, and notifies the Court an agreement between Plaintiffs and Defendants has been reached as follows:

    1.    In consideration of the Plaintiffs' refraining from attaching the container ship *Vega Sagittarius*, the Owners agree to appear and submit to the *in personam* jurisdiction of this Court, reserving all other defenses.

    2.    Underwriters for the Owners of the *Vega Sagittarius* will issue a Letter of Undertaking in favor of the Plaintiffs, agreeing to pay any judgment or award of any competent court or tribunal, after appeal, if any, up to the amount of $1,613,768.00.

    3.    In lieu of the foregoing, the issuance of the Process of Attachment and Garnishment is not necessary.

CASE NO.:  13-CV-62524-WPD
PAGE 2

Dated:  November 20, 2013
         Miami, Florida

Respectfully submitted,

/s/ Patrick E. Novak
PATRICK E. NOVAK
Florida Bar No.: 838764
pnovak@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on November 20, 2013, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ Patrick E. Novak
PATRICK E. NOVAK
Florida Bar No.: 838764
pnovak@admiral-law.com

/34

CASE NO.: 13-CV-62524-WPD  
PAGE 3

## SERVICE LIST

| | |
|---|---|
| **PATRICK E. NOVAK**<br>Florida Bar No.: 838764<br>pnovak@admiral-law.com<br>HORR, NOVAK & SKIPP, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard<br>Miami, FL 33156<br>Telephone: (305) 670-2525<br>Facsimile: (305) 670-2526<br>**Attorneys for Plaintiff** | |