UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62524-CIV-DIMITROULEAS

1st MARINE A/S, IF SKADESFORSIKRING,
CATHEDRAL UNDERWRITING LTD., all
Subscribing Underwriters, as subrogees of certain
cargo interests aboard the container ship VEGA
SAGITTARIUS, and ROYAL ARCTIC LINES,

    Plaintiffs,

vs.

MS VEGA SAGITTARIUS SHIPPING COMPANY
LIMITED, MS VEGA SAGITTARIUS
SCHIFFFAHRTSGESELLSCHAFT MBH & CO KG
and VEGA REEDEREI GMBH & COMPANY KG,

    Defendants.
_____/

### ORDER CANCELLING EX PARTE HEARING; DENYING AS MOOT MOTIONS FOR ATTACHMENT OF VESSEL

THIS CAUSE is before the Court upon Plaintiffs 1st MARINE A/S, IF SKADESFORSIKRING, CATHEDRAL UNDERWRITING LTD., all Subscribing Underwriters, as subrogees of certain cargo interests aboard the container ship VEGA SAGITTARIUS, and ROYAL ARCTIC LINES ("Plaintiffs")'s Notice of Agreement to Forego Attachment [DE 10], filed herein on November 20, 2013. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

According to the Notice, the Plaintiffs and Defendants have reached an agreement as follows:

    1.  In consideration of the Plaintiffs' refraining from attaching the container ship Vega Sagittarius, the Owners agree to appear and submit to the *in personam* jurisdiction of this Court, reserving all other defenses.

2. Underwriters for the Owners of the Vega Sagittarius will issue a Letter of Undertaking in favor of the Plaintiffs, agreeing to pay any judgment or award of any competent court or tribunal, after appeal, if any, up to the amount of $1,613,768.00.

3. In lieu of the foregoing, the issuance of the Process of Attachment and Garnishment is not necessary.

See [DE 10] at p. 1.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. The Ex Parte Hearing on Plaintiffs' Motions [DE's 3, 4, 5] scheduled for Thursday, November 21, 2013 at 9:30 a.m. is hereby **CANCELLED**;

2. Plaintiffs' Motion for Order for Issuance of Process of Maritime Attachment and Garnishment [DE 3], Motion to Appoint National Maritime Services, Inc. as Custodian [DE 4], and Motion to Shift Vessel [DE 5] are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of November, 2013.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record